■ SERCHUK, WOLFE & ZELERMYER, Respondent, v BAYLY, MARTIN & FAY, INC., Appellant, et al., Defendants. COUNTY OF WESTCHESTER et al., Interpleaded Defendants.—Appeal from an interlocutory judgment of the Supreme Court, Westchester County, entered October 7, 1986.

Ordered that the interlocutory judgment is affirmed, with one bill of costs to the plaintiff, for reasons stated by Justice Owen in his memorandum decision dated September 10, 1986, at the Supreme Court. Thompson, J. P., Weinstein, Eiber and Harwood, JJ., concur.

■ IRVING SEROTA, Appellant, et al., Plaintiffs, v MORRIS STRAUSS, Respondent.—In an action, *inter alia,* to recover damages for defamation, the plaintiff Irving Serota appeals from so much of an order of the Supreme Court, Nassau County (Wager, J.), dated March 24, 1987, as denied those branches of his motion which were for summary judgment on the claims for defamation.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

We agree with the Supreme Court that there exist triable issues of fact regarding the defendant's defenses to the defamation claims asserted by the appellant which preclude the granting of summary judgment. Bracken, J. P., Brown, Lawrence and Spatt, JJ., concur.